IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) CRIMINAL NO. 3:19mj 80 |
| v. | ) |
| **JULIE A. DAVIS,** | ) |
| **Defendant.** | ) |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JULIE A. DAVIS, was on Fort Lee, Virginia, in the Eastern District of Virginia.

2. Fort Lee, Virginia, is property administered by the Department of Defense and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

### (Citation No. 7311592)

On or about May 9, 2019, in the Eastern District of Virginia at Fort Lee, Virginia, property administered by the Department of Defense, and within the special territorial jurisdiction of the United States, defendant, JULIE A. DAVIS, willfully contributed to, encouraged, or caused an act or condition that rendered a child in need of services or abused or neglected to wit: her care of her child who was living in a home unfit for habitation due to an overabundance of animal urine and feces and the general unkempt conditions of the residence.

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 18.2-371.)

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
Gabrielle S. Heim
Special Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, VA 23219
Phone: (804) 765-1542
Fax: (804) 765-1950
gabrielle.s.heim.mil@mail.mil